# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| JAIME NEGRON | ) | |
|     Plaintiff | ) | ORDER ON APPLICATION |
| | ) | TO PROCEED WITHOUT |
| v. | ) | PREPAYMENT OF FEES |
| | ) | |
| SPRINGFIELD POLICE DEPT, et al. | ) | |
|     Defendants | ) | Civil Action No. 04-30228-MAP |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒    GRANTED.

    ☒    The clerk is directed to file the complaint.

    ☒    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

ENTERED on __November 18, 2004__.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge