# United States District Court
## District of Massachusetts

JAMIE NEGRON, JR.,
        PLAINTIFF,

v.

CIVIL ACTION NO. 04-30228-MAP

SPRINGFIELD POLICE OFFICERS, SGT. TARDIFF, OFFICER PETRIE, OFFICER DOWD, OFFICER GRANDE, OFFICER BIGDA, OFFICER HACKETT, OFFICER WADLEGGER, OFFICER SOLAR, JOSELITA LOZADA, DISTRICT ATTORNEY WILLIAM BENNETT,
        DEFENDANTS.

## APPEARANCE OF COUNSEL

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, SPRINGFIELD POLICE OFFICERS, SGT. TARDIFF, OFFICER PETRIE, OFFICER DOWD, OFFICER GRANDE, OFFICER BIGDA, OFFICER HACKETT, OFFICER WADLEGGER, OFFICER SOLAR, JOSELITA LOZADA.

Dated: March 29, 2005

Respectfully submitted.

Edward M. Pikula, BBO #399770
Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:   (413) 787-6085
Telefax:   (413) 787-6173

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing copy of same or hand delivery to:
Jamie Negron, Jr. Pro Se
629 Randall Road
Ludlow, MA 01056
SIGNED under the pains and penalties of perjury.
Dated: 3/29/05
Edward M. Pikula, Esquire

cc: Attorney Kevin Coyle, 935 Main Street, Springfield, MA 01103 and Attorney Austin Joyce, 397 Grove Street Worcester, MA 01605

45501