UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME NEGRON, JR.<br>    Plaintiff;<br><br>v.<br><br>SPRINGFIELD POLICE OFFICERS SGT. ROBERT TARDIFF, PETRIE, DOWD, GRANDE, BIGDA, HACKETT, WADLEGGER, SOLAR, ROSELITO LOZADA, DISTRICT ATTORNEY WILLIAM BENNENTT<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. no. 04-30228-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant, Robert Tardiff, in the above-entitled matter.

                                            THE DEFENDANT
                                            By his attorneys

| /s/ Michael J. Akerson | /s/ Austin M. Joyce |
|---|---|
| Michael J. Akerson<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO# 558565 | Austin M. Joyce<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO#: 255040 |
| /s/ John K. Vigliotti | /s/ Andrew J. Gambaccini |
| John K. Vigliotti<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO# 642337 | Andrew J. Gambaccini<br>REARDON, JOYCE & AKERSON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO#: 654690 |