UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME NEGRON,<br><br>Plaintiff,<br><br>v.<br><br>SPRINGFIELD POLICES OFFICERS<br>SGT. TARDIFF, *ET AL.*,<br><br>Defendants. | CIVIL ACTION NO. 04-30228-MAP |

### DEFENDANT DISTRICT ATTORNEY BENNETT'S MOTION TO ENLARGE UNEXPIRED TIME PERIOD WITHIN WHICH TO SERVE PLEADING RESPONSIVE TO OR MOTION CONCERNING THE COMPLAINT

Defendant District Attorney William Bennett ("District Attorney Bennett") – by and through the Attorney General of the Commonwealth of Massachusetts, his counsel – moves, pursuant to FED. R. CIV. P. 6(b)(1), 12(a)(1), and 15(a), that the Court enlarge until April 27, 2005, the unexpired time period within which he may serve a pleading responsive to or a motion concerning the complaint.

As grounds for this motion, District Attorney Bennett states that this matter was forwarded to the Office of the Attorney General for representation in late March; the Office of the Attorney General itself was not served with process; and the undersigned counsel needs additional time within which to prepare on District Attorney Bennett's behalf a pleading responsive to or a motion concerning the complaint. Currently, District Attorney Bennett intends to file a motion to dismiss this action, based, at least in part, on his absolute immunity from suit.

## LR. 7.1(A)(2) CERTIFICATION

Plaintiff Jaime Negron is currently incarcerated at Massachusetts Correctional Institution – Concord. Yesterday, the undersigned mailed to plaintiff Jaime Negron a letter, the text of which appears in the footnote below.[1] The undersigns certifies that he attempted to confer with Mr. Negron to attempt in good faith to resolve or narrow the issue

## CONCLUSION

Wherefore, District Attorney Bennett respectfully requests that this Court allow this motion, enlarging until April 27, 2005, the unexpired time period within which he may serve a pleading responsive to or a motion concerning the complaint.

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: *James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: April 14, 2005.

---

[1] I will be representing District Attorney William M. Bennett in the above-referenced civil action that you filed. I need additional time to prepare on the District Attorney's behalf either a pleading that is responsive to your complaint or a motion to dismiss it. I write to inquire as to whether you will assent to a motion to enlarge the time period until April 27, 2005, for the District Attorney to file either a responsive pleading or motion to dismiss. Please let me know at your earliest convenience, tomorrow, if possible.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 14th day of April, 2005, I served the foregoing *Defendant District Attorney Bennett's Motion to Enlarge Unexpired Time Period Within Which to Serve Pleading Responsive to or Motion Concerning the Complaint* by mailing a true copy of the document to each of the following:

Jaime Negron, pro se
#W84890
MCI Concord
P.O. Box 9106
Concord, MA  01742-9106

Edward M. Pikula, Esquire
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street, Suite 1022
Springfield, MA  01103

John K. Vigliotti, Esquire
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA  01605

*James S. Whitcomb*
James S. Whitcomb

3