UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR 14 P 1: 09

|  |  |
|---|---|
| JAIME NEGRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-30228-MAP |
| ) | |
| SPRINGFIELD POLICES OFFICERS ) | |
| SGT. TARDIFF, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance in this civil action as attorney for defendant District Attorney William Bennett.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

By: /s/ James S. Whitcomb
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: April 14, 2005.

## CERTIFICATE OF SERVICE

    I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 14th day of April, 2005, I served the foregoing *Notice of Appearance* on all parties by mailing, by first class mail, postage prepaid, a true copy of the document to each of the following:

Jaime Negron, pro se  
#W84890  
MCI Concord  
P.O. Box 9106  
Concord, MA  01742-9106

Edward M. Pikula, Esquire  
O'Connor, Martinelli, Cullinan & Pikula  
1391 Main Street, Suite 1022  
Springfield, MA  01103

John K. Vigliotti, Esquire  
Edward P. Reardon, P.C.  
397 Grove Street  
Worcester, MA  01605

_____  
James S. Whitcomb