Jaime Negron Jr. #W84890
MCI ConCord
P.O. Box 9106
ConCord, mass 01742

Jaime Negron Jr. (Plaintiff;

v.

Springfield Police officers
SgT. Robert Tardiff, peTrie, Dowd, grande,
Bigda, Hackett, wadlegger, Solar, Joselito lozada,
District Attorney william Bennett    (Defendants.)


I Jaime Negron Jr would like to drop complaint
case dockett # C. A. no. 04-30228-MAP
                     Sorry for the inconvinent


                Respectfully Submitted

Dated: 4-14-05        Jaime Negron Jr.